ACCEPTED
03-15-00039-CV
4506297
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 10:35:01 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00039-CV

---

**IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 10:35:01 AM
JEFFREY D. KYLE
Clerk

---

## AVALON INVESTMENTS, LLC,
### Appellant,

### vs.

## JEAN PENICK SPILLER,
### Appellee.

---

## UNOPPOSED  MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

---

On Appeal from the 207th Judicial District Court
of Hays County, Texas

---

TO THE HONORABLE THIRD COURT OF APPEALS:

NOW COMES  AVALON INVESTMENTS, LLC,  Appellant  in the above-referenced cause, and respectfully moves, pursuant to the Texas Rules of Appellate Procedure, in particular  Rule 10.5(b), for an extension of time to file Appellant's  Brief  and  in support  thereof  would respectfully show this Honorable Court as follows:

1

## I.    Introduction

1.    Appellant is AVALON INVESTMENTS, LLC.

2.    Appellee is JEAN PENICK SPILLER.

3.    Appellant appealed from an order issued by the Judge of the 207th Judicial District Court granting Appellee's motion for summary judgment.

4.    Appellant's brief is due March 23, 2015.

## II.    Argument

5.    Due to the undersigned's litigation schedule, hearings, depositions and other commitments, he will not be able to complete and file Appellant's brief by March 23, 2015.

6.    This is the first extension of time requested by Appellant to extend the time to file its brief. This extension is not sought for purposes of delay, but so that justice may be served.

7.    Appellant's attorney conferred with Appellee's attorney prior to filing this motion for extension of time and Appellee's attorney does not oppose said motion for extension of time.

8.    Appellant respectfully requests an extension of time of fourteen (14) days until Monday, April 6, 2015, to file its brief.

WHEREFORE  PREMISES CONSIDERED, Appellant  requests  that this Honorable Court of Appeals grant  its  Motion for Extension of  Time to file its Brief, extending the  deadline until  Monday,   April 6, 2015.

Respectfully submitted,

LAW OFFICES OF ARTHUR G. VEGA
419 S. Main, Suite 301
San Antonio, Texas 78204
Telephone:  (210) 224-8888
Facsimile:   (210) 225-7751
E-mail: artavega@yahoo.com

*/s/ Arthur  G. Vega*_____
ARTHUR G. VEGA
State Bar No. 20533600

ATTORNEY  FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that  a true and correct copy of  the above  Unopposed Motion for Extension of Time to File Appellant's   Brief   was forwarded via Fax. No.(512) 551-0330  to Appellee's  attorney, Mr.  Andrew Oliver, OLIVER LAW OFFICE,  9951 Anderson Mill Road, Suite 201, Austin, Texas 78750   on this the 16th  day of  March, 2015.

*/s/ Arthur  G. Vega*_____
ARTHUR  G.  VEGA